# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2165

**Caption [use short title]**

**Motion for:** Withdrawal of Counsel (Anders)

United States of America

-against-

Emmanuel Lambrakis

**Set forth below precise, complete statement of relief sought:**

Appointed counsel seeks withdrawal because there are no non-frivolous issues to raise on appeal.

**MOVING PARTY:** Emmanuel Lambrakis     **OPPOSING PARTY:** United States of America

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Peter E. Brill     **OPPOSING ATTORNEY:** Ryan Finkel

[name of attorney, with firm, address, phone number and e-mail]

Brill Legal Group, P.C.     United States Attorney's Office - SDNY

306 Fifth Ave, Penthouse, New York, NY 10001     One St. Andrew's Plaza, New York, NY 10007

212-233-4141    pbrill@brill-legal.com     (212) 637-6612    ryan.finkel@usdoj.gov

**Court-Judge/Agency appealed from:** U.S. District Court, Southern District, Hon. Katherine Polk Failla

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

**Is oral argument on motion requested?** ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

**Has argument date of appeal been set?** ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:** [signature]    **Date:** 3/24/2022    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

------------------------------------------------------------------x
| | |
|---|---|
| UNITED STATES OF AMERICA, | **21-2165-cr** |
| Appellee, | **DECLARATION** |
| -against- | |
| EMMANUEL LAMBRAKIS, | |
| Defendant-Appellant. | |

------------------------------------------------------------------x

PETER E. BRILL, an attorney admitted to practice before this Court, hereby affirms pursuant to 28 U.S.C. § 1746 that the following is true:

1. I have informed my client that:

    a. A brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) has been filed;

    b. The filing of the *Anders* brief will probably result in the dismissal of the appeal and summary affirmance of the conviction and sentence.

    c. He may request assistance of other counsel or submit *pro se* response papers and that he should submit any *pro se* brief within 14 days of the filing of the *Anders* brief.

2. I have served a copy of the *Anders* brief, the Appendix, this motion to be relieved and the court's scheduling order on my client by mailing them to him at his place of imprisonment, FMC DEVENS, FEDERAL MEDICAL CENTER, P.O. BOX 879, AYER, MA 01432.

3. In my letter to the defendant, I explained that I was filing a brief indicating there were no non-frivolous legal issues I could raise for him and that he would have the opportunity to send in his own response to the court.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 25, 2022

_____
PETER E. BRILL, ESQ.